# UNITED STATES of America, Plaintiff—Appellee,

v.

## Francisco ROMERO–GARCIA, Defendant—Appellant.

### No. 03–50438.

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2006.*

Filed July 24, 2006.

U.S. Attorney, Virginia Black, USSD— Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Nancy G. Kendall, Esq., San Diego, CA, for Defendant–Appellant.

Before: B. FLETCHER, TROTT and CALLAHAN, Circuit Judges.

### MEMORANDUM **

Francisco Romero–Garcia appeals from the sentence imposed following his guilty plea conviction for one count of making false statements to a federal officer, in violation of 18 U.S.C. § 1001. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

We reject Romero–Garcia's contention that the supervised release statute is unconstitutional. *See United States v. Huerta–Pimental*, 445 F.3d 1220 (9th Cir.2006).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.